# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CHARLES SCOTT THOMAS and MICHELLE THOMAS,** : : : | |
| **Plaintiffs,** : : | |
| v. : : | Civil Action No. 7:04-CV-28 (HL) |
| **J-M MANUFACTURING COMPANY, INC.,** : : : | |
| **Defendant.** : : | |

## ORDER

Before this Court is a Motion to Intervene, (Doc. 13), filed by Bridgefield Casualty Insurance Company, Inc.  No party filed a response or an objection regarding the proposed intervention, and counsel for Plaintiff and Defendant have represented to the Court that they do not oppose Bridgefield's intervention.  Therefore, for the reasons set forth in Bridgefield's Memorandum of Law in support of its Motion to Intervene, it appears to the Court that Bridgefield has a right to intervene pursuant to Federal Rule of Civil Procedure 24(a)(2).  Thus, Bridgefield's Motion to Intervene is granted.  Additionally, the proposed pleading attached as Exhibit "A" to Bridgefield's Memorandum of Law in support of its Motion to Intervene, (Doc. 17), shall constitute the initial pleading of Bridgefield and shall be deemed filed on the date this Order is entered on the docket.

**SO ORDERED**, this the 20th day of June, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**

jmb